UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-10066-CIV-MOORE/GARBER

PEDRO ALVAREZ,

       Plaintiff,

v.

THE SCHOOL BOARD OF
MONROE COUNTY, FLORIDA, *et al.*,

       Defendants.
_____/

**OMNIBUS ORDER**

THIS CAUSE came is before the Court on a *sua sponte* review of the file. Three potentially dispositive motions which Judge Moore referred to the undersigned are pending in this matter: Defendant Christina McPherson's Motion for Summary Judgment (D.E. #10); Defendant John Welsh's Motion for Summary Judgment (D.E. ##14, 18); and Defendant School Board of Monroe County, Florida's Motion to Dismiss (D.E. ##15, 17).

As the docket entry numbers listed in the preceding paragraph demonstrate, two of the three pending, potentially dispositive motions have each been filed twice. The two copies of each of those two motions are identical, and there is no apparent reason for the duplicative filings.

Accordingly, it is ORDERED that Defendant John Welsh's Motion for Summary Judgment (D.E. #14) and Defendant School Board of Monroe County, Florida's Motion to Dismiss (D.E. #15) are DENIED AS MOOT.

The second copies of Defendant John Welsh's Motion for Summary Judgment (D.E. #18) and Defendant School Board of Monroe County, Florida's Motion to Dismiss (D.E. #17) remain pending, and Defendant Christina McPherson's Motion for Summary Judgment (D.E. #10) also remains pending.

DONE AND ORDERED in Chambers, Miami, Florida, this 30th day of March, 2007.

/s/ Barry L. Garber
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE